# IN THE SUPREME COURT OF THE STATE OF NEVADA

| IN THE MATTER OF RESIGNATION OF YVONNE N. MADDALENA, BAR NO. 9367. | No. 78025 |
|---|---|

FILED

FEB 17 2019

CLERK
BY
CHIEF

## *ORDER GRANTING PETITION FOR RESIGNATION*

This is a joint petition by the State Bar of Nevada and attorney Yvonne N. Maddalena for her resignation from the Nevada bar.

SCR 98(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Maddalena; and that she is current on all membership fee payments and other financial commitments relating to her practice of law in this state. *See* SCR 98(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. *See* SCR 98(5)(a)(2). Maddalena acknowledges that her resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. *See* SCR 98(5)(c)-(d). Finally, Maddalena has submitted an affidavit of compliance with SCR 115. *See* SCR 98(5)(e).

Supreme Court
OF
Nevada

(0) 1947A

19-06524

The petition satisfies the requirements of SCR 98(5). Accordingly, we approve attorney Yvonne N. Maddalena's resignation. SCR 98(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

_____, C.J.

cc:    Bar Counsel, State Bar of Nevada
Yvonne N. Maddalena
Executive Director, State Bar of Nevada
Admissions Office, United States Supreme Court